Case number two five one four three seven Clarence Borns versus Troy Chrisman argument not to exceed 15 minutes I'd mr. Schultz you may proceed for the appellant Good morning, your honors may it please the court assistant attorney general Jared Schultz on behalf of the respondent I'd like to reserve two minutes for rebuttal very well Clarence Borns shot James Rankin four people saw him do that and testified against him A jury believed those witnesses and the state courts have consistently upheld. Mr. Borns convictions This case is about the limitations on when a federal habeas court can grant relief In granting relief to Clarence Borns the district court exceeded those limitations that decision was wrong for two central reasons First the district court never should have entertained the petition because it was filed too late and the state post conviction rules Did I do not are clear the plain language of the state post-conviction rules are clear that most prison mailbox rule applies What rule is that specifically? Well, there are excuse me, Michigan court rule six point five. Oh three is the court rule on when? you file a motion for relief from judgment in Michigan that rule for what for relief from judgment a post conviction motion I'm sorry, your honor. Yeah, so Michigan court rule six point five. Oh three a one says a defendant seeking relief under this Subchapter must file a motion and a copy of that motion with the clerk of the court in which the defendant was convicted and sentenced So that that the plain language of that court rule is that? Says what it says must file with the clerk of the court That doesn't say that it must file or hand to a prison official to file with the clerk of the court. It doesn't say Put in the mail to file with the clerk of the court. It says must file with the clerk of the court So mr. Bourne's is post conviction motion state court post conviction motion was considered filed when it was with the clerk of the court The only way to get to Mr. Bourne's post conviction motion then was docketed in Wayne County Circuit Court on November 4th 2016 all parties agree that if that's when it was considered filed then that was untimely It was did not toll the statute of limitations in federal court The only way again the only way to change that that date is to say that the state excuse me a prison mailbox rule applied because the plain language of the Michigan court rule six point five. Oh three says that it does does not indicate that a mailbox rule applies Mr. Bourne's a state court post conviction motion was filed too late and it didn't stole toll toll the statutory period One more quick point on the statute of statute of limitations argument I believe my friend on the other side points to Michigan court rule one point one one two That's a new rule in in a new Michigan court rule that was enacted in 2021 In 2016 when mr. Bourne's filed his motion for relief from judgment There were a few specific court rules that did apply sort of prison mailbox rule the state motion for relief from judgment governed by 6500 was not one of them. It did not list when That a post conviction motion could be considered filed when that that was placed in the prison mail So Ness you're saying because at the time this rule Did not have the mailbox component that some of the other rules did that by omission the Guess the Michigan Supreme Court makes the rules the Michigan Supreme Court did not intend a mailbox rule at this time That's exactly correct. All right, and judge Berg got around that by saying that it was silent and because it was amended later on that there's a presumption that they want her I Explain to me what his rationale was because I'm not quite sure I don't remember it, you know I'm not entirely sure because it's not entirely clear But what he's he said we and we had the parties had cited Roman that was decided by this court Which essentially interpreted an Ohio state or didn't interpret but said Ohio court said that they didn't have a prison mailbox rule And so we're not going to read into a prison mailbox rule into Ohio into the Ohio court rules Did we read it in here? So he said that because Michigan court in this case the Michigan courts had not or have have not said that a prison mailbox rule Have it not expressly said that a prison mailbox rule does not apply not apply It should apply by because they didn't say it didn't that's that's that kind of reverse. But all right Yes, I agree. And I think that's why one of the reason ways that the district court got this wrong Again And I go back to six five six point five. Oh three. Yes I mean, it's kind of vague right a defendant seeking relief under this subchapter must file a motion and a copy With the clerk of court in which the defendant was convicted upon receipt of a motion the clerk shall file it under the same number So you're saying the clerk the section to six point five eight. Oh three a two I Believe it's a one your honor. So day one. I just read you a defendant seeking relief must file a motion, right? That that's I think most that doesn't define when it's filed. I think by saying it must be filed with the clerk of the court is Is explaining that it that to be filed it has to be with the clerk And I think you also have to read that with the fact that there are no other provisions like the other Michigan court rules that say That there is a prison mailbox for when it's considered filing When it's with a prison official as Michigan any Michigan court interpreted what with the clerk means? I Don't believe so I I was able to find and I apologize this wasn't in the briefing I was able to find one case from 1997 a Michigan Court of Appeals case It's Walker Bay the Michigan Department of Corrections. That's the site is five six four and Northwest second 171 West second 171 correct. It's not it doesn't interpret Michigan's Does have similar language And what they they said was the plain language is that it it must be filed it must be filed with the clerk There's no prison mailbox rule And they looked at Houston be lack the Supreme Court case which said that there was a federal mailbox rule And they declined to adopt that the similar rule for Michigan courts So and and that was in in 1997 No, Michigan Court some mission State Michigan Court of Appeals have cited that not many the Michigan Supreme Court has never sought Sought to adopt a prison mailbox rule like that in Houston be lack So I think that helps Explain that the Michigan that there was no prison mailbox rule outside of the specifically Delineated rules that had that exception listed within within those rules So if there are any other questions on the statute statute of limitation argument I'd be happy to answer them. Otherwise, I will move on to the underlying merits If we decide on the statute of limitations Issue we don't have to address the merits, right? Yes, your honor. I agree So, yeah, the district court should have dismissed it The state filed a motion to dismiss and district court denied it should have granted that motion And shouldn't have to reach the merits if this court chooses to reach the merits it should deny on that to the ineffective assistance claim the state courts Consider that claim including all the affidavits that are at issue here and it denied the clout it rejected those claims That that decision is entitled to at the deference. That's an extremely demanding standard It the petitioner must show that no fair-minded Juris would have agreed with the state court of decision here That he simply can't meet that burden He Strickland is a formidable enough standard he has to show that Excuse me, there's a presumption that what counsel did was reasonable There are several reasons why counsel may not have chosen to call those with the other witnesses in this case Mr. Borns hasn't overcome that presumption He Also must Show prejudice He can't show prejudice here he can't show that all fair-minded jurors would would find prejudice here specifically the Witnesses that he would have he said he should have called Would have given the exact same defense that was already presented that trial through a different witness through the sister of Mr. Borns, Melissa Borns Also, the jury was able to look at the Consider the prosecution witnesses consider their credibility. They believe those witnesses There simply is not a reasonable Probability that if more witnesses would have provided the exact same defense that they would have done believe that defense over the prosecution witnesses I Am happy to answer any more questions any further questions You'll have your two minutes rebuttal, thank you Good morning. Good morning. Your honor's Matt Monahan from the federal community defender on behalf of mr. Borns. May it please this court as My friend laid out this case hits this court with two procedural hurdles and a merits hurdle I Want to take you to the merits hurdle first because of the woefully deficient performance But because the first procedural hurdle statute of limitations speaks to whether the case comes into federal court at all I'll start there at the time in the 2010s and Now and in fact as long as I can find evidence there is no time limit on a Michigan 6500 that's the state post conviction Process it's laid out in the court rules Because there's no time limit on when that motion hits a trial court in Michigan There's no need for a court rule or a court decision on When the motion got there, there's no there's nothing There's no timeliness defense that the state can bring in opposition to a 6500 Federal time runs That's right federal time runs Is the motion is filed when it's filed with the clerk's office. I mean that for any other motion That's the normal rule is it not outside of the prison mailbox situation? I agree judge. Yeah, I mean if right I agree There's no reason to have a rule of when it's filed well the the general rule of Michigan is it filed with the clerk's office absent a Mailbox rule I I agree my point should have been more nuanced There's no need to have a prison mailbox rule with respect to the trial court filing because we're not going to litigate the the filing Timeline, but I'm with you there Right now we do now. Why do we have it now right? Why do we have it now and to your point judge the par because the purpose of the rule was always twofold protect Access to the courts in the state appellate process That's one side, but also protect habeas petitioners rights to federal court now, and that kind of begs the question well If that was the purpose why not have some text I get that But the state courts are ultimately making state rules for state procedure and state process So I think that's why problem here is you're seeking tolling in other words I get all that makes perfect sense the state can do whatever it wants But your clock keeps running clock keeps running and the only time it tolls is when it's filed when it's filed So that's where the for me the purpose of the prison mailbox rule at the time does work Even if the text doesn't help me I Get the expressio unius point I thought judge I read judge Berg's order to say more look We just don't have the usual tools here to help us when we talk about this rule because this situation is so distinct and so he went back to purpose and If what's what is at operation here is someone trying to get into federal court? And they've put it in the prison mailbox October 24th or October 25th Then they've hit the deadline that would apply Then step that would apply for the trial court filing we're going to Take the general rule give the equitable exception the problem is right You've got two avenues it seems to me and correct me if I'm wrong to get around the deadline One is prison mailbox rule. Yep We can't find that so we got a look beyond it. The second is just a pure equitable Let's but there you have to have diligence right and here. He's waited a year So I want to push back He's got no Liberty and no lawyer, and he's transferring through the system in the MD OC when you transfer Maybe you get your papers. Maybe you don't he's trying to collect the affidavits again trying to get notarized versions He's waiting. He's just he's waiting not to Bring a trap Motion you can follow he could have filed a protective habeas before he ever filed He could have done the defensive right the Reins V Weber Process yes, and there's a lot of case law that says on this Except on the rules deadlines. We don't treat pro se differently. That's true on this area It's on him. I agree another way to look at diligence How I go to the appellate so stepping back a procedural step to the direct appeal So am I clear just I'm sorry to interrupt. Oh, you're good clear that there's two avenues Avenue number one You can see you don't have anything that directly on point helps you in text. I would say in text Yeah, yeah, so you go to Avenue number two and you argue a couple of equitable factors one It was diligent because they're moving him around so it's hard for him to be diligent otherwise and to Michigan didn't really care So why should you federal court care well? No, I don't know that that I have a third one as to diligence, but or maybe it mores the diligence But I do think on that second point. It's it's not that Michigan doesn't care It's that the court rules develop as these cases hit the system and now we've This issue has come up enough that the the court rule 1.12 has made clear what we've always thought in Michigan which is The prison mailbox rule applies to any filing to protect habeas protect appellate, so I think it's not that they didn't care It's that it just took time to get the clarity as these cases came through it wasn't there's sort of a donut hole I think is the way it doesn't mean no one cares about it It just means that the the text is lagging behind what's happening in the courts Can I ask you I know but this is an unfair question I'm gonna tell you ahead of time so you can say I haven't read it. They just brought up Walker Bay Right I have the liberty to pull it up, okay Have you read it no, but let's hear it. No, but I think it's worth I was curious about Walker Bay my gut instinct in hearing it is 6500s distinct if it's not a case about six five oh three or one point one line two five Oh three distinct because it is a relief a post. I mean we've always treated as a post judgment relief That's what he said right because he's run the normal process. He's running a process and well, right He's running the state direct appeal process Yeah, yeah, or Let me get I shouldn't have interrupted you. I'm sorry. No you did you're fine. I have a timeline and So my understanding is in 2013 he's convicted 24 15 they he they deny leave to appeal this is June yep time to certiorari expires October 26 2015 yep, and he doesn't file his post conviction motion in essence until Okay, that's where the debate. That's that's the rub right right. I think the best sadly the best page in our record is 3170 it's page ID 3170 that's the receipt that Clarence gets from the prison saying all right. This is when we mailed it It's redacted in the district court, and I don't know why I I came on well after there's no reason It should be redacted and the redacted part that I have seen because my client has it We don't have an unredacted bird not that I can find Not that I can find the unredacted version says it hit the mail in the prison on 1025 So to the extent that and I realize that doesn't answer the legal question that we're here grappling with But it does speak to me that that he's trying to make clear that he's hitting his one year He's he's gets through he gets the process Right and I and I understand he could do rinds He could he could have you know tried a 6500 through 6503 the day that conviction went final He could have done a lot, but it's your last shot. It's really your last shot. Tell me why we shouldn't look at 6503 6503 doesn't have it. I think it's helpful. It just doesn't answer our question It doesn't have a time limit all it's saying is file the papers It doesn't say a year from October a year from your cert deadline a year from direct appeal You could if mr. Burns was still in today, and he had never filed a 6500 he could today File in the circuit court the exact claim for the first time and even though it's a decade ish later There's no time bar, so it doesn't help us decide what equitable tolling or Prison mailbox tolling should look like in this scenario. I Want to go back to diligence just before I go to the merits I think another frame for diligence for me is the direct appeal process Michigan's distinct again in that direct appeal you raise IAC And Michigan gives you the procedural process to build the record on Direct appeal which is also rare, so you're supposed to go in the door with your IAC claim on direct appeal He's trying to get his lawyers to do so he's got the affidavits He's trying to file a standard for when he's got an appointed lawyer then the appointed lawyer that breaks down you get the retained lawyer and the retained lawyer can't even file a motion properly you know not a substantive one motion to extend time He falls into this catch-22 where once he sticks with the retained lawyer He can't file the standard for the retained lawyer just goes with the original claims. It's just my point here is to say Diligence to me We wind the clock back and look at how many times this guy tried to present this claim to the state courts on The proper you know appellate channel. It just fell apart because of the lawyers it fell apart because of the process the merits that he was trying to present fall into the the habeas they fall into The federal cases where federal courts say this is the type of off-the-rails absolute you know Failure of a lawyer that that people get habeas relief. I start with the double deference We've got the presumption under Strickland, then we've got the ADPA no fair-minded jurist We get over both here based on uncontacted and uncalled dual deficient performance You've got a witness list you've got three on it. You've got one called I mean now the standards every reasonable juror right would say that every lawyer would do something different here. It's double right Yep, I agree. I can't fight that I I see that I see that here And I do cumulative witnesses do that and we've got all kinds of caseload that say cumulative witnesses You there's all kinds of tactical reasons right not to call cumulative witnesses if we were talking cumulative witnesses I'd be in trouble, but cumulative isn't the situation here. You've got my operation Is it is it Melissa Melissa testifies and she testifies to this very theory she testifies to the theory so she testifies to the Carl? Did it Clarence is unarmed right I agree? But the whole case is about identity the whole trial dispute the issue here, and I think there's there's case law cited in my brief About what isn't cumulative and the best example of what isn't cumulative is when you're bringing in witness testimony on the Disputed issue you're not trying to Cumulate you're trying to corroborate the more people that come in and say no. That's what I saw. No. That's what I saw That's what I saw sometimes, but I mean a good cross-examiner can poke sure absolutely I Try to sure well, so then Melissa she gets crossed and and the prosecutor gets some blows on Melissa Melissa the testifying sister, I'm sorry Melissa's up all day Melissa's out all night. They go to a casino They know I don't think they all are because some well. I see what you're saying of the uncalled witnesses They're all out, but Melissa says I remember these details. There's pushing there Melissa says I wasn't drinking. I think no I wasn't using drugs. I had two drinks The fact that even if they're all out Maybe you can get more out of these other witnesses and when you look at their affidavits You know you can't get more doesn't meet the standard. I mean, that's where right that's right I should have said that differently. You know you're gonna get more maybe back. Maybe back this up to the Uncontacted part you've got an independent duty as a lawyer to investigate you've got an independent duty to Figure out what the witnesses are going to look like here now Clarence helps in this case. He does tell lawyer There are witnesses. How do we know that March the March hearing which is in our record? You're the arraignment hearing I think It's a page ID 1526 The In front of who state court first time so I think he's charged in January But he doesn't get his lawyer. He's not arraigned in the circuit court until March Yeah, page ID 1526 and the lawyer says well. This is a quote from page 1526 my client is going to have all sorts of witnesses to not that I've interviewed them yet But he has told me that so I think it might be more than two days. He's just asking for time So that's the first indication is March, then we've got this email that I can I know my friend disputes the email I get it, but the email comes in June in the email lists All the uncalled and then the ones on the witness list Then come July trial we've got a witness list and we've got the lawyer saying I'm going to call these three But I go back to that witness list The witness list includes the name OJ Hiles OJ Hiles, and I'm and just for reference It's all over our record, but I'm at 844 OJ Hiles is in the email which is at page 845 OJ Hiles his phone number is that both the witness list and the email and Then OJ Hiles his phone number is the same one on a fellow nails his affidavit, which is at page ID 824 If you're if you're a lawyer who has Gotten this information and you contact OJ Hiles putting that in quotes You're gonna find out that his name is maybe it's OJ nails or maybe it's Othello nails You're not gonna put a fake name the wrong name on a witness list How do you subpoena somebody's got the wrong name? So I think on our record we have evidence here that he didn't carry out his independent duty to at a minimum Contact of people he's told to contact I see my time is up And I just want to end with the idea that it's it's the failure to contact and the failure to call in a case We're brick by brick the more you tell that jury that that party spilled out into violence between Carl and James The more that jury believes it was Carl not Clarence and with that your honors. I appreciate your time. Thank you. Thank you You've got two minutes rebuttal Yes, thank you, I'll be very brief a lot of what Council says and the the reasonings behind Prison mailbox rule make make a lot of sense as as policy That's not what this court is is here to do. We're here to interpret statute interpret what the Michigan rules said at that time Now Michigan rule 1.1 1 2 arguably does apply to this circumstance There's arguments that it doesn't but it arguably does apply they could have the Michigan Supreme Court could have enacted that rule earlier If they the fact that it was enacted later necessarily means that it was not in effect earlier when mr Bourne's filed his his state court post conviction motion One more point on equitable tolling. I think it's clear that there was no diligence in this case As my friend pointed out Mr. Bourne's actually tried to raise this claim on direct appeal. He had the these witnesses And we're not disputing that there was some problems with appellate counsel there But the fact is he after he tried to raise his claims on direct appeal and couldn't he waited another year actually another year And three months after the Michigan Supreme Court denied his claims And and and still did not raise that claim with all the facts with all the law that he already had until a year and three months later, that's not diligence And there is no Extraordinary circumstances here ignorance of the law is is not an extraordinary circumstance So we can't show equitable tolling And unless there are any any other questions, I would just ask this court to reverse. Thank you. Mr. Case will be submitted